IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO. 11-50115-003          USA v. KELLIE KENT

COURT PERSONNEL:                   APPEARANCES:

Judge: JIMM LARRY HENDREN          Govt. CLAY FOWLKES

Clerk: GAIL GARNER                 Deft. BROCK SHOWALTER

Reporter: THERESA SAWYER

## SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Court expresses final approval of plea agreement.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted and 2-level reduction awarded.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    96 months imprisonment; 3 years supervised release; $10,000.00 fine - interest waived.

Criminal No. 11-50115-003

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to comply with the following special conditions of supervised release:

    Submit person, residence, place of employment, and vehicle to a search conducted by the USPO upon request.

    Submit to inpatient/outpatient substance abuse testing/treatment at direction of USPO.

- (X) Defendant ordered to pay total special assessment of $100.00, for count 1, which shall be due immediately.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Defendant remanded to custody of USMS.

DATE: September 18, 2012         Proceeding began: 1:31 pm

                                                             ended: 2:10 om